Petition for Writ of Mandamus Denied and Memorandum Opinion filed March
29, 2007








Petition
for Writ of Mandamus Denied and Memorandum Opinion filed March 29, 2007.

 

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00070-CV

____________

 

IN RE ADAM HALE, 

 Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M  O P I N I O N

On
February 6, 2007, relator Adam Hale filed a petition for writ of mandamus in
this court, requesting we order respondent, the Honorable Judy Warne, presiding
judge of the 257th District Court, Harris County, Texas, to vacate (1)
emergency temporary orders dated October 11, 2006, granting temporary
conservatorship of relator=s minor child to the Texas Department of Family and
Protective Services, and (2) an order dated February 16, 2007, vacating a
visiting judge=s ruling concerning relator=s request for a new trial.  See
Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see  also  Tex. R. App. P. 52.1.









Relator fails to establish that he is
entitled to the requested mandamus relief.  Accordingly, we deny relator=s petition for writ of mandamus.                                                                                         

 

PER
CURIAM

 

Petition Denied and Memorandum Opinion filed March 29,
2007.

Panel consists of Justices Frost, Seymore, and
Guzman.